VENABLE LLP
Sarah S. Brooks (SBN 266292)
ssbrooks@venable.com
Sharoni S. Finkelstein (SBN 271829)
ssfinkelstein@venable.com
2049 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Defendant
*TNSG HEALTH CO., LTD*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MURRAY COLIN CLARKE, an individual, and BIOZEAL, LLC, a Delaware limited liability company, | Case No. 2:21-cv-03463-FLA-JEM |
| Plaintiffs, | Hon. Fernando L. Aenlle-Rocha |
| v. | **JOINT STIPULATION REGARDING DEFENDANT TNSG HEALTH CO., LTD FILING AMENDED ANSWER AND COUNTERCLAIM** |
| TNSG HEALTH CO., LTD., a United Kingdom Limited Company, | |
| Defendant. | |

**V E N A B L E   L L P**

Defendant TNSG Health Co., Ltd. ("TNSG Health" or "Defendant") and Plaintiffs Murray Colin Clarke and Biozeal, LLC's ("Plaintiffs")(collectively, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiffs filed their complaint ("Complaint") against TNSG Health on April 22, 2021, alleging claims for federal trademark infringement and counterfeiting (Counts 1 & 2), false designation of origin and unfair competition (Count 3), common law trademark infringement and unfair competition (Count 4), unfair competition under California state law (Count 5), and cancellation of two United States federal trademark registrations owned by Defendant (Counts 6 & 7) (Dkt. No. 1);

2. WHEREAS, Plaintiffs formulate and sell supplements for children under the trademarks CHILDLIFE, NUTRITION FOR KIDS!, and CHILDLIFE ESSENTIALS, among others ("Plaintiff's Marks") (Dkt. No. 1);

3. WHEREAS, TNSG Health filed its answer ("Answer") on April 8, 2022 (Dkt. No. 39);

4. WHEREAS, TNSG Health did not assert any affirmative defenses or counterclaims (Dkt. No. 39);

5. WHEREAS, on July 29, 2022, current counsel from Venable—Sarah S. Brooks and Sharoni S. Finkelstein—filed notices of appearance in this case on behalf of TNSG Health, with prior counsel subsequently filing requests to withdraw, which the Court granted (Dkt. Nos. 76-79, 81);

6. WHEREAS, TNSG Health seeks to amend its Answer to assert affirmative defenses and a declaratory relief counterclaim of non-infringement relating to Plaintiffs' Marks;

7. WHEREAS, amended pleadings are governed by Fed. R. Civ. P. 15(a), which states that "[t]he court should freely give leave [to amend] when justice so requires";

VENABLE LLP

8. WHEREAS, TNSG Health sent Plaintiffs a redline highlighting TNSG Health's proposed changes to its Answer on August 29, 2022 ("Amended Answer and Counterclaim");

9. WHEREAS, the Parties held a meet-and-confer on August 31, 2022, whereby Plaintiffs agreed to stipulate to TNSG Health filing its Amended Answer and Counterclaim;

10. WHEREAS, the Parties filed their Joint Rule 26(f) Report on August 26, 2022 (Dkt. No. 82);

11. WHEREAS, pursuant to the Court's scheduling order, the Parties have until December 9, 2022 for the Court to hear a motion to amend pleadings (Dkt. No. 86);

Now, THEREFORE, subject to this Court's approval, the Parties HEREBY STIPULATE AND AGREE that Defendant TNSG Health be allowed to file its Amended Answer and Counterclaim.  The Parties further stipulate that nothing in this stipulation shall result in a waiver or limitation of any of Plaintiffs' responses or defenses to TNSG Health's Amended Answer or Counterclaim.

Dated:  September 12, 2022          VENABLE LLP

By:  /s/ Sarah S. Brooks
Sarah S. Brooks
Sharoni S. Finkelstein

*Attorneys for Defendant TNSG HEALTH CO., LTD*

Dated:  September 12, 2022          BARNES & THORNBURG LLP

By:  /s/ Roya Rahmanpour
Seth A. Gold
Roya Rahmanpour
Jonathan J. Boustani

*Attorneys for Plaintiffs MURRAY COLIN CLARKE and BIOZEAL, LLC*

| | |
|---|---|
| 1 | **<u>L.R. 5-4.3.4 ATTESTATION</u>** |
| 2 | The undersigned attests that all other signatories listed, and on whose behalf |
| 3 | this filing is submitted, concur in this filing's content and have authorized this |
| 4 | filing. |
| 5 | |
| 6 | Dated:  September 12, 2022      VENABLE LLP |
| 7 | By:  /s/ Sarah S. Brooks |
| 8 | Sarah S. Brooks<br>Sharoni S. Finkelstein |
| 9 | *Attorney for Defendant TNSG HEALTH* |
| 10 | *CO., LTD* |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT STIPULATION REGARDING DEFENDANT FILING
AMENDED ANSWER AND COUNTERCLAIM